

# Fourth Court of Appeals
## San Antonio, Texas

January 13, 2014

No. 04-13-00882-CV

Joseph **ZAPATA** and Maria Banda,
Appellants

v.

**WALTER MORTGAGE COMPANY LLC, ET AL.,**
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-03-48880-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

The clerk's record is due on January 13, 2014. On January 6, 2014, the trial court clerk filed a Notification of Late Record stating the clerk's record will not be filed because appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellant is not entitled to appeal without paying the fee.

It is therefore ORDERED that appellant provide written proof to this court <u>no later than January 23, 2014</u> that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to file such written proof within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court